**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: ANTHEM, INC. DATA BREACH LITIGATION** | **Case No. 16-mc-02210 (APM)** |

**ORDER**

Consistent with the court's Memorandum Opinion, the court hereby grants in part and denies in part Lead Plaintiffs' Motion to Compel. *See* Pls.' Mot. to Compel Compliance with Subpoena Duces Tecum, ECF No. 1; Mem. Op., ECF No. 12. The court orders the Government to disclose the withheld materials as follows:

1. The Government shall disclose in full Anthem_00001; Anthem_00005; Anthem_00006; Anthem_00007; Anthem_00008; Anthem_00009; Anthem_00010; Anthem_00011; Anthem_00012; Anthem_00013; Anthem_00015; Anthem_00016; Anthem_00017; Anthem_00018; Anthem_00019; Anthem_00020; and Anthem_00021.

2. The Government shall disclose the first two paragraphs on Anthem_00002, beginning with, respectively, the word "Windows" and the word "Patching." The remainder of the page shall not be disclosed.

3. The Government shall disclose substantially all of Anthem_00014. The top-half of the page up to and including the sentence that starts "They do not have . . ." must be disclosed. The four sentences that follow are privileged and shall not be

disclosed. The Government must disclose the remainder of the page, beginning with the sub-title "Incident Response."

4. The Government shall disclose the first three bullet points listed at the top of Anthem_00022. The remainder of the page is privileged and shall not be disclosed.

5. All other pages—Anthem_00003; Anthem_00004; Anthem_00023; Anthem_00024; and Anthem_00025 through Anthem_00267—are covered by the deliberative process privilege and therefore are not subject to disclosure.

Those materials that the court has ordered to be disclosed shall be disclosed pursuant to the Protective Order in place in the underlying litigation. *See* Proposed Stipulated Protective Order, *In re Anthem*, No. 15-2617 (N.D. Cal. Sept. 18, 2015), ECF No. 292; Order Granting Stipulated Protective Order, *In re Anthem*, No. 15-2617 (N.D. Cal. Sept. 21, 2015), ECF No. 293.

This is a final, appealable Order.

Dated: February 21, 2017

Amit P. Mehta
United States District Judge